## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

HEIDEMARIE SMALLWOOD,

                      Plaintiff,

v.

SYNCHRONY BANK and
TRANSUNION, LLC

                 Defendant(s).

Civil Action No. 3:23-cv-126
Judge Travis R McDonough
Magistrate Judge Jill E. McCook

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
AS TO TRANSUNION, LLC ONLY**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiff HEIDEMARIE SMALLWOOD, through her attorneys, Law Offices of

Robert S. Gitmeid & Associates, PLLC, hereby dismiss **TRANSUNION, LLC**, only, without

prejudice.

Dated:  8/2/2023

                      Respectfully Submitted,

                      **Law Offices of Robert S. Gitmeid & Assoc., PLLC**

                      By: /s/ _____
                      Philip Swan, BPR# 036221
                      Law Offices of Robert S. Gitmeid and Associates
                      Plaintiff Division
                      30 Wall Street, 8th Floor #741
                      New York, NY 10005
                      Tel: (865) 315-8140
                      Fax: (212) 412-9005
                      Philip.s@gitmeidlaw.com
                      Attorney for Plaintiff